# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---

DIANNE SUMMA,
    Plaintiff,

CASE NO.  2:15-cv-12618

    vs.

Judge
Magistrate Judge

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
corporation; EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio
corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
LVNV FUNDING, LLC, a Delaware
limited liability company;
    Defendants.

---

## TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the 48th District Court, Oakland County, Michigan, to the United States District Court for the Eastern District of Michigan, on the following grounds:

1.    Plaintiff Diane Summa served Trans Union on or about July 15, 2015, with a Summons and Complaint filed in the 48th District Court, Oakland County, Michigan.  Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 1-14.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the 48th District Court, Oakland County, Michigan, to the United States District Court for the Eastern District of Michigan.

5.      As of the date of this Notice Of Removal, the state court docket reflects that Defendants Equifax Information Services, LLC; Experian Information Solutions, Inc. and LVNV Funding, LLC have not been served.  Trans Union has confirmed with the Clerk of the 48th District Court, Oakland County, Michigan, that they have no record suggesting any other Defendant has been served.

6.      Notice of this removal will promptly be filed with the 48th District Court, Oakland County, Michigan and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the 48th District Court, Oakland County, Michigan to this United States District Court, Eastern District of Michigan.

Respectfully submitted,


*s/ Justin T. Walton*

Justin T. Walton, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---

DIANNE SUMMA,                          CASE NO.  2:15-cv-12618
    Plaintiff,


    vs.                                Judge
                                       Magistrate Judge

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
corporation; EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio
corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
LVNV FUNDING, LLC, a Delaware
limited liability company;
    Defendants.

---

# CERTIFICATE OF SERVICE

---

    I, **Justin T. Walton**, hereby certify that on the **24th day of July, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| None. | |
|---|---|

    I further certify that on the **24th day of July, 2015**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **for Plaintiff Dianne Summa**<br>Gary D. Nitzkin, Esq.<br>Travis Shackelford, Esq.<br>Nitzkin & Associates<br>22142 West Nine Mile Road<br>Southfield, MI  48033 | |
|---|---|

*s/ Justin T. Walton*

Justin T. Walton, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*