UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANNE SUMMA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation,
EXPERIAN INFORMATION SOLUTIONS, INC.
an Ohio corporation,
TRANS UNION, LLC,
a Delaware limited liability company, and
LVNV FUNDING, LLC,
a Delaware limited liability company,

    Defendants.

Case No. 2:15-cv-12618
Hon. George Caram Steeh
Mag. Anthony P. Patti

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Dianne Summa, and Defendants, Equifax Information Services, LLC, Experian Information Solutions Inc., Trans Union LLC and LVNV Funding LLC, through their respective counsel, stipulate and agree to the dismissal of Plaintiff's Complaint against Defendants with prejudice and without attorney's fees or costs to any party.

Stipulated and Agreed:

/s/ Gary D. Nitzkin
Gary D. Nitzkin
Attorney for Plaintiff
Michigan Consumer Credit Lawyers
22142 W. Nine Mile Rd.
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

/s/ Justin T. Walton
Justin T. Walton
Attorney for Trans Union, LLC
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
jwalton@schuckitlaw.com

/s/ Jordan S. Bolton
Jordan S. Bolton
Attorney for Equifax Information Services, LLC
500 Woodward Ave., Ste 3500
Detroit, MI 48226-3435
(313) 965-8300
jbolton@clarkhill.com

/s/ Tamara E. Fraser
Tamara E. Fraser
Attorney for Experian Information Solutions, Inc.
380 N. Old Woodward, Suite 300
Birmingham, MI 48009
(248) 642-0333
tefraser@wwrplaw.com

/s/ Bethany G. Stawasz
Bethany G. Stawasz
Attorney for LVNV Funding LLC
500 Woodward Ave., Ste. 3500
Detroit, MI 48226
(313) 965-8300
bstawasz@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANNE SUMMA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation,
EXPERIAN INFORMATION SOLUTIONS, INC.
an Ohio corporation,
TRANS UNION, LLC,
a Delaware limited liability company, and
LVNV FUNDING, LLC,
a Delaware limited liability company,

    Defendants.

Case No. 2:15-cv-12618
Hon. George Caram Steeh
Mag. Anthony P. Patti

_____

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendants is hereby dismissed with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.**


Date: September 23, 2015        s/George Caram Steeh
                                                  Hon. George Caram Steeh
                                                  United States District Judge